UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND T. GRIMES,<br><br>    Plaintiff,<br><br>    v.<br><br>SALZMAN, et al.,<br><br>    Defendants. | 1:03-CV-6298 REC WMW P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #14) |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 25, 2005, plaintiff filed a motion to extend time to complete and return documents pursuant with the Court's Order of May 10, 2005. In addition plaintiff has requested two additional 285 USM forms. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    1. Plaintiff is granted twenty (20) days from the date of service of this order in which to complete and return the submission of documents;

    2. The Clerk's Office is directed to send plaintiff two blank 285 USM forms.

IT IS SO ORDERED.

**Dated:   June 28, 2005**          /s/  **William M. Wunderlich**
j14hj0                              UNITED STATES MAGISTRATE JUDGE