IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND T. GRIMES,

      Plaintiff,                        CV F 03 6298 REC WMW P

vs.                                 ORDER

SALZMAN, et al.,

      Defendants.

On December 30, 2005, defendants filed a motion to dismiss. The motion is noticed for hearing on February 6, 2006. Pursuant to Local Rule 78-230(h), the court hereby orders the motion to be taken off calendar. The motion will be heard on the papers. The motion will be deemed submitted upon the expiration of time for filing a reply to any opposition.

IT IS SO ORDERED.

**Dated:   January 5, 2006**                    **/s/ William M. Wunderlich**
mmkd34                                      UNITED STATES MAGISTRATE JUDGE

1