1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   RAYMOND T. GRIMES,                         CV F 03 6298  REC WMW P

10                    Plaintiff,               ORDER ADOPTING  FINDINGS &
                                               RECOMMENDATIONS (#31), DISMISSING
11         v.                                  ACTION FOR FAILURE TO PROSECUTE,
                                               AND DIRECTING CLERK OF COURT TO
12                                             ENTER JUDGMENT FOR DEFENDANT
    SALZMAN,
13
                      Defendant.
14   _____/

15
16          Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter
17   was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local
     Rule 72-302.
18
19          On April 7, 2006, findings and recommendations were entered, recommending
20   dismissal of this action for failure to state a claim upon which relief can be granted.   Plaintiff
     was provided an opportunity to file objections within thirty days.   Plaintiff has not filed
21
     objections to the findings and recommendations.
22
23          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule
24   73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the
     entire file, the court finds the findings and recommendations to be supported by the record and
25
     proper analysis.
26
27          Accordingly, THE COURT HEREBY ORDERS that:

28          1.  The Findings and Recommendations issued by the Magistrate Judge on April

7, 2006, are adopted in full; and

2. This action is dismissed without prejudice for failure to prosecute.

3. The Clerk of the Court is directed to enter judgment for defendant.

IT IS SO ORDERED.

Dated:  May 17, 2006            /s/ Robert E. Coyle
668554                          UNITED STATES DISTRICT JUDGE